IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a 501(c)(3) NON-PROFIT CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>HONEYWELL AEROSPACE, HONEYWELL INTERNATIONAL, INC., and DOES 1–30, INCLUSIVE,<br><br>  Defendants.<br>  / | No. C 11-03723 WHA<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

The hearing on the motion to dismiss was vacated. The case management conference previously set for 2:00 p.m. on November 17 will instead take place at **3:00 P.M.** the same day.

**IT IS SO ORDERED.**

Dated: November 14, 2011.

  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE